United States District Court
Southern District of Texas
FILED

APR 1 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANCISCO SANCHEZ § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-066 |
| § | |
| AMERICAN HOME PRODUCTS § | |
| CORPORATION, ET. AL. § | |

**NOVARTIS CONSUMER HEALTH, INC.'S MOTION FOR
TEMPORARY STAY OF PROCEEDINGS**

Defendant Novartis Consumer Health, Inc. (hereinafter referred to as "NCH") by and through counsel, does hereby move for an order staying proceedings in this action until the Judicial Panel on Multidistrict Litigation acts on NCH's notice that the action should be transferred to the Western District of Washington for inclusion in the docket in *In Re Phenylpropanolamine ("PPA") Products Liability Litigation,* MDL Docket No. 1407, 173 F. Supp.2d 1377 (J.P.M.L. 2001). Following the creation of MDL Docket in August, 2001, more than 350 pending PPA actions have been or are in the process of being transferred to the Honorable Barbara J. Rothstein of the Western District of Washington. NCH has filed a notice of "tag-along action" and expects a response in short order.

This Motion is made on the grounds that a stay in these proceedings while the Panel is acting on NCH's tag-along notice will conserve judicial resources and is necessary to avoid a risk of inconsistent decisions by different district courts on a court jurisdictional issue that is common to many PPA actions. NCH anticipates that Plaintiff will file a Motion to Remand on the ground that diversity jurisdiction is lacking by reason of their having named as Defendants two Texas corporations. NCH contends that these Defendants have been fraudulently joined and hence do not defeat diversity. Courts in several other districts recently have granted stays in such circumstances, so the remand motions in PPA actions can be decided by Judge Rothstein.

In support of this Motion, NCH hereby adopts and incorporates by reference its Memorandum in Support of Motion for Temporary Stay of Proceedings Pending a Final Ruling of the Judicial Panel

1

of Multidistrict Litigation on Transfer of this Case to MDL-1407, filed simultaneously herewith, and the following exhibits attached hereto:

A. Conditional Transfer Order-12 issued in Docket No. 1407;

B. Tag-Along Letter forwarded by NCH to the MDL Panel on April 5, 2002;

C. Order, *Bobbie Gray v. Bayer Corporation, et al.*, No. 01-1761 (W.D. La., October 16, 2001);

D. Order, *Dyson v. American Home Products Corp.*, No. 01-3548 (E.D. La., January 23, 2002);

E. Order, *Craft v. Whitehall-Robins Health Care*, No. 01-3490 (E.D. La., January 23, 2002);

F. Copies of Orders in 62 Louisiana federal district court cases that have been stayed where a Plaintiff's Motion to Remand was pending;

G. Report and Recommendation, *James Bowman v. Bayer Corporation, et al.*, No. 01-1802-A (W.D. La., October 16, 2001);

H. Report and Recommendation, *Monk v. Bayer Corp.*, No. 01-1760-A (W.D. La.);

I. Report and Recommendation, *Tamika McFee v. Bayer Corporation, et al.*, No. 01-1820-M (W.D. La.);

J. Order, *Shirley J. Drayton v. Novartis Consumer Health, Inc.,, et al.*, No. 5: 01-CV-265 (S.D. Miss., October 4, 2001);

K. Order, *Shubin v. American Home Products*, No. ED-CV-02-15 (C.D. Cal., February 13, 2002);

L. Order, *Hernandez v. Parke-Davis, et. al.*, No. W-08-CA-266

M. Order, *Abudei v. Warner-Lambert Co.*, C.A. No. G-01-604

N. Order, *Jackson v. Johnson & Johnson, Inc.*, No. 01-2113, slip op. at 11 (W.D. Tenn. Apr. 3, 2001)

O. Order, *Dueul v. Ethex Corp.*, No. C01-1879 (W.D. Wash., January 31, 2002);

P. Order, *Johnson v. Bayer Corp.*, No. C01-2014R (W.D. Wash., February 26, 2002);

Q. Order, *Jones v. Bayer Corp.*, No. C01-2018R (W.D. Wash., February 26, 2002).

For the reasons detailed in the attached Memorandum, NCH moves this Court to temporarily stay all proceedings in this matter pending a final ruling of the Judicial Panel on Multidistrict Litigation on transfer of this case to MDL-1407. The stay will further the cause of judicial efficiency and

consistency by avoiding duplicative proceedings and conflicting pretrial rulings. Furthermore, it will not prejudice the parties, but rather will benefit both them and the Court.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520
956-542-7441
956-541-2170 – Fax

By: _____
Mitchell C. Chaney
State Bar No. 04107500
Federal I.D. 1918
Teri L. Danish
State Bar No. 05375320
Federal I.D. 12862

Jeff D. Otto
Tasha L. Barnes
THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos, Suite 1500
Austin, TX 78701
512-708-8200
512-708-8777 – Fax

Michael D. Robbins
Andrew R. Harvin
DOYLE RESTREPO HARVIN & ROBBINS LLP
600 Travis, Suite 4700
Houston, TX 77002
713-228-5100
713-228-6138 – Fax

**ATTORNEYS FOR DEFENDANT
NOVARTIS CONSUMER HEALTH, INC.**

Randolph S. Sherman
Lori B. Leskin
Danielle E. Finck
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

*Of Counsel*

## CERTIFICATE OF CONFERENCE

I certify that on April 12, 2002, Jeff D. Otto conferred with Plaintiff's counsel, David Greenstone, and he opposes NCH's Motion for Temporary Stay of Proceedings.

_____
Mitchell C. Chaney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered to the following counsel of record by facsimile, certified mail, return receipt requested, or by regular mail on this 12th day of April, 2002.

### By Regular Mail

Brynley James                    **Fax 210-270-7205**
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Brian P. Johnson                 **Fax 713-222-2226**
Frank Doyle
Hanen, Johnson
& Spalding, LLP
910 Travis, Ste. 1700
Houston, TX 77002

J. Mark Jones                    **Fax 803-255-9037**
David E. Dukes
James F. Rogers
Kennan Building, Third Floor
1330 Lady Street
Columbia, SC 29201

Margaret Brenner                 **Fax 713-650-0027**
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Center
Houston, TX 77002

Alan Vickery                     **Fax 469-227-8004**
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Danielle Finck                   **Fax 212-836-8689**
Lori Leskin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3298

Tony Canales                     **Fax 361-884-7023**
Canales & Simonson
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465-5624

Crisanta Guerra Lozano           **Fax 956-542-0016**
Roerig, Oliviera & Fisher
555 W. Price Rd., Suite 9
Brownsville, TX 78520

Ken Ferguson   **Fax 512-474-1129**
Michael Klatt
Kelly Kimbrough
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767

Ana Lisa Garza   **Fax 986-487-8300**
Ramirez & Garza, L.L.P.
509 N. San Antonio Street
Rio Grande City, TX 78582

Keith R. Taunton   **Fax 713-993-2308, 2309**
Tucker, Taunton, Snyder & Slade
Eight Greenway Plaza, Suite 1200
Houston, TX 77046

D. Joseph Hurson   **Fax 206-223-7107**
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue, Suite 4100
Seattle, WA 10022-3298

Brent Kugler   **Fax 214-468-8803**
Daniel Sheehan & Associates, LLP
Chase Tower, 2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

James Williams
Miller & Martin
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402-2289

Kenneth C. Baker   **Fax 281-481-1063**
The Baker Law Firm
12600 Featherwood, Suite 225
Houston, TX 77034

**By Certified Mail,
Return Receipt Requested**

Nelda Talamantes   **Fax 214-357-7252**
Ron C. Eddins
David C. Greenstone
C. Andrew Waters
Peter A. Kraus
Waters & Kraus, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Frank Costilla
Law Offices of Frank Costilla
5 E. Elizabeth Street
Brownsville, TX 78523

_____
Mitchell C. Chaney