IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-066 |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION, ET. AL., | § | |
| | § | |
| Defendants. | § | |

**NOVARTIS CONSUMER HEALTH, INC. AND
NOVARTIS PHARMACEUTICALS CORPORATION'S
CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Order Setting Conference, Defendants Novartis Consumer Health, Inc., and Novartis Pharmaceuticals Corporation file this Disclosure of Interested Parties. The following is a list of all entities that are financially interested in the outcome of this litigation and who are related to Novartis Consumer Health, Inc. or Novartis Pharmaceuticals Corporation:

1. Novartis Consumer Health, Inc.

2. Novartis Pharmaceuticals Corporation

3. Novartis Consumer Health, Inc., SA, as shareholder

4. Novartis Finance Corporation, as shareholder

United States District Court
Southern District of Texas
FILED

APR 1 9 2002

Michael N. Milby
Clerk of Court

Respectfully submitted,

RODRIGUEZ, COLVIN &
CHANEY, L.L.P.
1201 E. Van Buren
Brownsville, TX 78520
956-542-7441
956-541-2170 – Fax

By: _____
Mitchell C. Chaney
State Bar No. 04107500
Federal I.D. 1918
Teri L. Danish
State Bar No. 05375320
Federal I.D. 12862

Michael D. Robbins
Andrew R. Harvin
DOYLE RESTREPO HARVIN &
ROBBINS LLP
600 Travis, Suite 4700
Houston, TX 77002
713- 228-5100
713-228-6138 – Fax

*ATTORNEYS FOR DEFENDANT NOVARTIS CONSUMER HEALTH, INC.*

Randolph S. Sherman
Lori B. Leskin
Danielle E. Finck
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

*Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered to the following counsel of record by facsimile, certified mail, return receipt requested, or by regular mail on this 19th day of April, 2002.

*By Regular Mail*

Brynley James   *Fax 210-270-7205*
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Brian P. Johnson   *Fax 713-222-2226*
Frank Doyle
Hanen, Johnson
& Spalding, LLP
910 Travis, Ste. 1700
Houston, TX 77002

J. Mark Jones *Fax 803-255-9037*
David E. Dukes
James F. Rogers
Kennan Building, Third Floor
1330 Lady Street
Columbia, SC 29201

Margaret Brenner *Fax 713-650-0027*
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Center
Houston, TX 77002

Alan Vickery   *Fax 469-227-8004*
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Danielle Finck   *Fax 212-836-8689*
Lori Leskin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3298

Tony Canales   *Fax 361-884-7023*
Canales & Simonson
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465-5624

Crisanta Guerra Lozano   *Fax 956-542-0016*
Roerig, Oliviera & Fisher
555 W. Price Rd., Suite 9
Brownsville, TX 78520

Ken Ferguson   *Fax 512-474-1129*
Michael Klatt
Kelly Kimbrough
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767

Brent Kugler   *Fax 214-468-8803*
Daniel Sheehan & Associates, LLP
Chase Tower, 2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

60895

3

Ana Lisa Garza   *Fax 986-487-8300*
Ramirez & Garza, L.L.P.
509 N. San Antonio Street
Rio Grande City, TX 78582

Keith R. Taunton   *Fax 713-993-2308, 2309*
Tucker, Taunton, Snyder & Slade
Eight Greenway Plaza, Suite 1200
Houston, TX 77046

D. Joseph Hurson   *Fax 206-223-7107*
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA 10022-3298

James Williams
Miller & Martin
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402-2289

Kenneth C. Baker   *Fax 281-481-1063*
The Baker Law Firm
12600 Featherwood, Suite 225
Houston, TX 77034

*By Certified Mail,*
*Return Receipt Requested*

Nelda Talamantes   *Fax 214-357-7252*
Ron C. Eddins
David C. Greenstone
C. Andrew Waters
Peter A. Kraus
Waters & Kraus, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Frank Costilla
Law Offices of Frank Costilla
5 E. Elizabeth Street
Brownsville, TX 78523

_____
Mitchell C. Chaney