IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO SANCHEZ § | |
| § | |
| *Plaintiff* § | |
| § | |
| V. § | |
| § | |
| AMERICAN HOME PRODUCTS § | |
| CORPORATION; § | |
| ADVOCARE INTERNATIONAL, LLC; § | |
| BAYER CORPORATION; § | |
| BLOCK DRUG COMPANY, INC.; § | |
| BRISTOL MYERS SQUIBB COMPANY; § | CIVIL ACTION NO. B-02-066 |
| CHATTEM, INC.; § | |
| GLAXOSMITHKLINE, PLC; § | |
| NOVARTIS CONSUMER HEALTH, INC.; § | |
| NOVARTIS PHARMACEUTICALS CORPORATION; § | |
| SMITHKLINE BEECHAM CONSUMER § | |
| HEALTHCARE, L.P.; § | |
| SMITHKLINE BEECHAM CORPORATION; § | |
| WHITEHALL-ROBINS HEALTHCARE; and § | |
| CIRCLE K STORES, INC. d/b/a CIRCLE K § | |
| (sued individually and as successor-in-interest to § | |
| COASTAL MART, INC. and MAVERICK § | |
| MARKET, INC.), § | |
| § | |
| *Defendants* § | |

### PLAINTIFFS' FILING OF FINANCIALLY INTERESTED PARTIES, SUBJECT TO PLAINTIFFS' MOTION FOR REMAND.

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order dated April 5, 2002, and subject to Plaintiffs' Motion for Remand for Lack of Subject Matter Jurisdiction, Plaintiffs file this their list of entities that are financially interested in this litigation. For the Plaintiffs, the list is as follows:

Francisco Sanchez
17 Old Military
Brownsville, TX 78520
956-554-0605

All named Defendants are also financially interested in this litigation.

Respectfully submitted,
WATERS & KRAUS, LLP

_____
Charles S. Siegel
Attorney in Charge
Federal Bar No. 15736
State Bar No. 18341875
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Fax
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April this document was served on all counsel of record via facsimile.

_____
Charles S. Siegel