United States District Court
Southern District of Texas
FILED

APR 24 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-066 |
| | § | |
| AMERICAN HOME PRODUCTS CORPORATION; | § | |
| ADVOCARE INTERNATIONAL, L.L.C.; | § | |
| BAYER CORPORATION; | § | |
| BLOCK DRUG COMPANY, INC. | § | |
| BRISTOL MYERS SQUIBB COMPANY; | § | |
| CHATTEM, INC.; | § | |
| GLAXOSMITHKLINE, PLC; | § | |
| NOVARTIS CONSUMER HEALTH, INC.; | § | |
| NOVARTIS PHARMACEUTICALS CORPORATION; | § | |
| SMITHKLINE BEECHAM CONSUMER HEALTHCARE, L.P.; | § | |
| SMITHKLINE BEECHAM CORPORATION; | § | |
| WHITEHALL-ROBINS HEALTHCARE; AND | § | |
| CIRCLE K STORES, INC. D/B/A CIRCLE K | § | |
| (sued individually and as successor in-interest to COASTAL MART, INC. and MAVERICK MARKET, INC.) | § | |

### DEFENDANTS, BLOCK DRUG COMPANY, INC., SMITHKLINE BEECHAM CONSUMER HEALTHCARE, L.P., SMITHKLINE BEECHAM CORPORATION, AND SUBJECT TO ITS SPECIAL APPEARANCE, GLAXOSMITHKLINE, PLC'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendants BLOCK DRUG COMPANY, INC., SMITHKLINE BEECHAM CONSUMER HEALTHCARE, L.P., SMITHKLINE BEECHAM CORPORATION, and subject to its Special Appearance, GLAXOSMITHKLINE, PLC file this Certificate of Financially Interested Parties. The following list contains all persons and entities that, to Defendants' knowledge, are financially interested in the outcome of this litigation:

1. SmithKline Beecham Corporation is owned by GlaxoSmithKline Holdings (Americas) Inc., a Delaware corporation. GlaxoSmithKline Holdings (Americas) Inc. is owned by GlaxoSmithKline Investments (Switzerland) GmbH and GlaxoSmithKline International (Switzerland) GmbH, both of which are Swiss corporations. GlaxoSmithKline Investments (Switzerland) GmbH is owned by Glaxo Wellcome International, an Irish unlimited liability company. GlaxoSmithKline International (Switzerland) GmbH and Glaxo Wellcome International are both owned by GlaxoSmithKline International (Luxembourg) S.A., a Luxembourg corporation. All intermediate parents between GlaxoWellcome International (Luxembourg) S.A. and GlaxoSmithKline plc are wholly-owned subsidiaries -- directly or indirectly -- of GlaxoSmithKline plc and are not organized under the laws of the United States. <u>GlaxoSmithKline plc is publicly traded</u>.

2. Block Drug Company, Inc. is owned by SmithKline Beecham Holdings Corporation, a Delaware corporation. SmithKline Beecham Holdings Corporation is owned by SmithKline Beecham International Co., a Delaware corporation, and by SmithKline Beecham Corporation, a Pennsylvania corporation. Together SmithKline Beecham International Co. and SmithKline Beecham Corporation own all the outstanding common stock of SmithKline Beecham Holdings Corporation. SmithKline Beecham International. Co. is owned by SmithKline Beecham Corporation.

3. GlaxoSmithKline Beecham Consumer Healthcare L.L.C. has a general partnership interest in SmithKline Beecham Consumer Healthcare L.P., and both SmithKline Beecham Corporation and Merrell Pharmaceuticals Inc have limited partnership interests in SmithKline Beecham Consumer Healthcare, L.P.

4. The attorneys for SmithKline Beecham Corporation, SmithKline Beecham Consumer Healthcare, L.P., GlaxoSmithKline, plc, and Block Drug Company, Inc. are:

   Brian P. Johnson
   Frank A. Doyle
   Hanen, Johnson & Spalding, L.L.P.
   910 Travis, Suite 1700
   Houston, Texas 77002
   Telephone: (713)222-2323
   Facsimile: (713) 222-2226

5. Plaintiff, Francisco Sanchez
   17 Old Military
   Brownsville, Texas 78520
   (956) 554-0605

   His counsel of record:
   David C. Greenstone
   Nelda Talamantes
   Peter A. Kraus
   WATERS & KRAUS, L.L.P.
   3219 McKinney Ave., Suite 3000
   Dallas, Texas 75204
   Telephone: (214) 357-6244
   Facsimile: (214) 357-7252

6. American Home Products Corporation and its counsel of record:

   Kenneth J. Ferguson
   Michael R. Klatt
   CLARK, THOMAS & WINTERS, P.C.
   P. O. Box 1148
   Austin, TX 78767
   Telephone: (512) 472-8800
   Facsimile: (512) 474-1129

   Crisanta Cuerra Lozano
   ROERIG, OLIVEIRA & FISHER, L.L.P.
   855 W. Price Road, Suite 9
   Brownsville, Texas 78520
   Telephone: (956) 631-8049
   Facsimile: (956) 631-8141

3

J. A. (Tony) Canales
CANALES & SIMONSON
2601 Morgan Avenue
P. O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone: (361) 883-0601
Facsimile: (361) 884-7023

David E. Dukes
J. Mark Jones
James F. Rogers
Nelson, Mullins Riley & Scarborough, L.L.P.
Keenan Building, Third Floor
1330 Lady Street
Post Office Box 11070 (29211)
Columbia, SC 29201
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

7.    Whitehall-Robins Healthcare and its counsel of record:

Kenneth J. Ferguson
Michael R. Klatt
CLARK, THOMAS & WINTERS, P.C.
P. O. Box 1148
Austin, TX 78767
Telephone: (512) 472-8800
Facsimile: (512) 474-1129

Crisanta Cuerra Lozano
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Road, Suite 9
Brownsville, Texas 78520
Telephone: (956) 631-8049
Facsimile: (956) 631-8141

J. A. (Tony) Canales
CANALES & SIMONSON
2601 Morgan Avenue
P. O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone: (361) 883-0601
Facsimile: (361) 884-7023

David E. Dukes
J. Mark Jones
James F. Rogers
Nelson, Mullins Riley & Scarborough, L.L.P.
Keenan Building, Third Floor
1330 Lady Street
Post Office Box 11070 (29211)
Columbia, SC 29201
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

8. Advocare International, L.L.C. and its counsel of record:

John M. Phalen, Jr.
DANIEL SHEEHAN & ASSOCIATES
Chase Tower
2200 Ross Avenue, Suite 3060
Dallas, Texas 75201
Telephone: (214) 468-8899
Facsimile: (214) 468-8803

9. Bayer Corporation and its counsel of record:

Brynley James, III
Joseph A. Bourbois
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205
Telephone: (210) 270-7195
Facsimile: (210) 270-7205

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Ave., Suite 2400
Austin, TX 78701-3271
Telephone: (512) 474-5201
Facsimile: (512) 536-4598

Leonel Alejandro
LAW OFFICE OF LEONEL ALEJANDRO, P.C.
2025 Central Boulevard, Suite A
Brownsville, Texas 78520
Telephone: (956) 542-0902
Facsimile: (956) 542-0904

        Michael Rodriguez
        ATTORNEY AND COUNSELOR AT LAW
        1000 E. Madison
        Brownsville, Texas 78520
        Telephone: (956) 547-9333
        Facsimile: (956) 574-9337

10.   Bristol Myers Squibb Company and its counsel of record:

        Alan R. Vickery
        SEDGWICK, DETERT, MORAN & ARNOLD
        1717 Main Street, Suite 5400
        Dallas, TX 75201
        Telephone: (469) 227-8200
        Facsimile: (469) 227-8004

11.   Chattem, Inc. and its counsel of record:

        Margaret T. Brenner
        Jeff Addicks
        John J. Smither
        HAYS, MCCONN, RICE & PICKERING
        400 Two Allen Center
        1200 Smith Street
        Houston, TX 77002
        Telephone: (713) 654-1111
        Facsimile: (713) 655-9212

12.   Novartis Pharmaceuticals Corporation and its counsel of record:

        Mitchell C. Chaney
        Teri L. Danish
        RODRIGUEZ, COLVIN & CHANEY, L.L.P.
        1201 E. Van Buren
        Post Office Box 2155
        Brownsville, Texas 78522-2155
        Telephone: (956) 542-7441
        Facsimile: (956) 541-2170

Michael D. Robbins
Andrew R. Harvin
Stephen Lee
DOYLE RESTREPO HARVIN & ROBBINS, L.L.P.
600 Travis, Suite 4700
Houston, Texas 77002
Telephone: (713) 228-5100
Facsimile: (713) 228-6138

Earl Austin
BAKER & BOTTS
2001 Ross Ave.
Dallas, TX 75201-2980
Telephone: 214-953-6542
Facsimile: 214-953-6503

Randolph S. Sherman - *Of Counsel*
Danielle E. Finck
Lori B. Leskin
KAYE SCHOLLER, L.L.P.
425 Park Avenue
New York, NY 10022

13. Novartis Consumer Health, Inc. and its counsel of record:

Mitchell C. Chaney
Teri L. Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
Post Office Box 2155
Brownsville, Texas 78522-2155
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

Michael D. Robbins
Andrew R. Harvin
Stephen Lee
DOYLE RESTREPO HARVIN & ROBBINS, L.L.P.
600 Travis, Suite 4700
Houston, Texas 77002
Telephone: (713) 228-5100
Facsimile: (713) 228-6138

Earl Austin
BAKER & BOTTS
2001 Ross Ave.
Dallas, TX 75201-2980
Telephone: 214-953-6542
Facsimile: 214-953-6503

Randolph S. Sherman - *Of Counsel*
Danielle E. Finck
Lori B. Leskin
KAYE SCHOLLER, L.L.P.
425 Park Avenue
New York, NY 10022

14. Circle K Stores, Inc. d/b/a Circle K, Individually and as Successor in Interest to Coastal mart, Inc. and Maverick Market, Inc. and its counsel of record:

Kenneth C. Baker
Mark D. VanCleave
THE BAKER LAW FIRM
12600 Featherwood, Suite 225
Houston, TX 77034
Telephone: (281) 481-0083
Facsimile: (281) 481-1063

Respectfully submitted,

By: /s/ Brian Johnson w/p O'Guerra
Brian P. Johnson
State Bar No. 10685700
Federal Bar No. 3717
HANEN, JOHNSON & SPALDING, L.L.P.   State Bar No. 08571J
Bank One Center                      Fed Bd No. 3957
910 Travis Street, Suite 1700
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile

ATTORNEY-IN-CHARGE FOR DEFENDANTS
BLOCK DRUG COMPANY, INC.,
SMITHKLINE BEECHAM CONSUMER
HEALTHCARE, L.P.,
SMITHKLINE BEECHAM CORPORATION, AND
GLAXOSMITHKLINE, PLC

*Of Counsel*:

Frank A. Doyle
State Bar No. 06091300
Federal Bar No. 12507
HANEN, JOHNSON & SPALDING, L.L.P.
Bank One Center
910 Travis Street, Suite 1700
Houston, Texas 77002
(713) 222-2323 – Telephone
(713) 222-2226 – Facsimile

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served upon all counsel of record in compliance with the Federal Rules of Civil Procedure on April 24, 2002.

*Certified Mail, Return Receipt Requested*
David C. Greenstone
Nelda Talamantes
Peter A. Kraus
WATERS & KRAUS, L.L.P.
3219 McKinney Ave., Suite 3000
Dallas, TX 75204

*Via First Class Mail*
Crisanta Cuerra Lozano
ROERIG, OLIVEIRA & FISHER
555 W. Price Road, Suite 9
Brownsville, Texas 78520

*Via First Class Mail*
David E. Dukes
J. Mark Jones
James F. Rogers
NELSON, MULLINS RILEY & SCARBOROUGH, L.L.P.
Keenan Building, Third Floor
1330 Lady Street
Post Office Box 11070 (29211)
Columbia, SC 29201

*Via First Class Mail*
Leonel Alejandro
LAW OFFICE OF LEONEL ALEJANDRO, P.C.
2025 Central Boulevard, Suite A
Brownsville, Texas 78520

*Via First Class Mail*
Kenneth J. Ferguson
Michael R. Klatt
CLARK, THOMAS & WINTERS, P.C.
P. O. Box 1148
Austin, TX 78767

*Via First Class Mail*
J. A. (Tony) Canales
CANALES & SIMONSON
2601 Morgan Avenue
P. O. Box 5624
Corpus Christi, Texas 78465-5624

*Via First Class Mail*
John M. Phalen, Jr.
DANIEL SHEEHAN & ASSOCIATES
Chase Tower
2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

*Via First Class Mail*
Michael Rodriguez
ATTORNEY AND COUNSELOR AT LAW
1000 E. Madison
Brownsville, Texas 78520

*Via First Class Mail*
Brynley James, III
Joseph A. Bourbois
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205

*Via First Class Mail*
Alan R. Vickery
Diana Warnecke
SEDGWICK, DETERT, MORAN & ARNOLD
1717 Main Street, Suite 5400
Dallas, TX 75201

*Via First Class Mail*
Mitchell C. Chaney
Teri L. Danish
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 E. Van Buren
Post Office Box 2155
Brownsville, Texas 78522-2155

*Via First Class Mail*
Michael D. Robbins
Andrew R. Harvin
DOYLE RESTREPO HARVIN & ROBBINS, LLP
600 Travis, Suite 4700
Houston, Texas 77002

*Via First Class Mail*
Kenneth C. Baker
Mark D. VanCleave
THE BAKER LAW FIRM
12600 Featherwood, Suite 225
Houston, Texas 77034

*Via First Class Mail*
Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Ave., Suite 2400
Austin, TX 78701-3271

*Via First Class Mail*
Margaret T. Brenner
John J. Smither
HAYS, MCCONN, RICE & PICKERING
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

*Via First Class Mail*
Earl Austin
BAKER & BOTTS
2001 Ross Ave.
Dallas, TX 75201-2980

*Via First Class Mail*
Randolph S. Sherman
Lori B. Leskin
Danielle E. Finck
KAYLE SCHOLER LLP
425 Park Avenue
NEW YORK, NY 10022

Brian P. Johnson

State Bar No. 08574500
Fed Id No. 3957

10