IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | CIVIL ACTION NO. B-02-066 |
| CORPORATION; ADVOCARE | § | JURY |
| INTERNATIONAL, LLC; BAYER | § | |
| CORPORATION; BLOCK DRUG | § | |
| COMPANY, INC.; BRISTOL-MYERS | § | |
| SQUIBB COMPANY; CHATTEM, INC.; | § | |
| GLAXOSMITHKLINE, PLC; | § | |
| NOVARTIS PHARMACEUTICALS | § | |
| CORPORATION; NOVARTIS | § | |
| CONSUMER HEALTH, INC.; | § | |
| SMITHKLINE BEECHAM CONSUMER | § | |
| HEALTHCARE, L.P.; SMITHKLINE | § | |
| BEECHAM CORPORATION; | § | |
| WHITEHALL-ROBINS HEALTHCARE; | § | |
| and CIRCLE K STORES, INC. d/b/a | § | |
| CIRCLE K (sued individually and as | § | |
| successor-in-interest to COASTAL | § | |
| MART, INC. and MAVERICK | § | |
| MARKET, INC.), | § | |
| | § | |
| Defendants. | | |

### JURY DEMAND

COMES NOW, Bristol-Myers Squibb Company, one of the Defendants in the above-captioned matter, and requests a trial by jury of all issues in this case.

JURY DEMAND - Page 1
#2012145/0196.103192

Respectfully submitted,

_____
ALAN R. VICKERY
State Bar No. 20571650
Southern District Bar No. 11980

**SEDGWICK, DETERT, MORAN & ARNOLD**
1717 Main Street, Suite 5400
Dallas Texas 75201
(469) 227-8200
(469) 227-8004 (Facsimile)

**ATTORNEY FOR DEFENDANT
BRISTOL-MYERS SQUIBB COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this 16 day of April, 2002.

_____
Alan R. Vickery

**JURY DEMAND - Page 2**
#2012145/0196 103192