United States District Court
Southern District of Texas
FILED

APR 2 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02066 |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION, ET AL | § | |

### WYETH'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

NOW COMES Defendant Wyeth, and, pursuant to the Court's order, files this Certificate of Financially Interested Parties. The following persons/entities are known to Defendant Wyeth to have a financial interest in the outcome of this litigation:

1. Wyeth (formerly known as American Home Products Corporation), including its unincorporated division, Wyeth Consumer Healthcare, formerly known as Whitehall-Robins Healthcare.

Respectfully submitted,

CLARK, THOMAS & WINTERS

By: _Kenneth J. Ferguson_
Kenneth J. Ferguson
Attorney-in-Charge
State Bar No. 06918100
Southern District of Texas Bar No. 13004
Michael R. Klatt
State Bar No. 11554200
Southern District of Texas Bar No. 12703

by David J. Duke
State Bar No. 00795983
S.D. of Texas Bar No. 23696
(with permission)

P.O. Box 1148
Austin, Texas 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

And

96426                                1

                                          **ROERIG, OLIVEIRA & FISHER**
Crisanta Guerra Lozano
State Bar No. 08574500
555 W. Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 (fax)

And

**CANALES & SIMONSON**
J. A. (Tony) Canales
State Bar No. 03737000
2601 Morgan Avenue
P. O. Box 5624
Corpus Christi, TX 78465-5624
(361) 883-0601 (Telephone)
(361) 884-7023 (Telecopier)

OF COUNSEL:

**NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.**
David E. Dukes
J. Mark Jones
James F. Rogers
Keenan Building, Third Floor
1330 Lady Street
Post Office Box 11070 (29211)
Columbia, South Carolina 29201
(803) 799-2000 (Telephone)
(803) 256-7500 (Facsimile)

                                          **ATTORNEYS FOR DEFENDANT WYETH (formerly known as AMERICAN HOME PRODUCTS CORPORATION), INCLUDING ITS UNINCORPORATED DIVISION WYETH CONSUMER HEALTHCARE (formerly known as WHITEHALL-ROBINS HEALTHCARE)**

96426                                         2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this 24th day of April, 2002.

**Via Certified Mail/Return Receipt Requested**
David C. Greenstone
Nelda Talamantes
Peter A. Kraus
WATERS & KRAUS, L.L.P.
3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204

Frank Costilla
LAW OFFICES OF FRANK COSTILLA
5 E. Elizabeth Street
Brownsville, Texas 78523
**Attorneys for Plaintiffs**

**Via Regular Mail**

Daniel J. Sheehan, Jr.
C. Brenton Kugler
John M. Phalen, Jr.
Daniel Sheehan & Associates, L.L.P.
Chase Tower
2200 Ross Avenue, Suite 3060
Dallas, Texas 75201
**Attorneys for Advocare**

Brynley James, III
Joseph A. Bourbois
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701-3271
**Attorneys for Bayer Corporation**

Brian Johnson
Frank A. Doyle
Matias Adrogue
HANEN, JOHNSON & SPALDING, LLP
910 Travis Street, Suite 1700
Houston, Texas 77002
**Attorneys for GlaxoSmithKline and Block Drug Company**

Alan R. Vickery
Diana Warnecke
SEDGWICK, DETERT, MORAN & ARNOLD
1717 Main Street, Suite 5400
Dallas, Texas 75201
**Attorneys for Bristol-Myers Squibb**

Jose E. Garcia
GARCIA & VILLARREAL, L.L.P.
4401 North McColl Road
McAllen, Texas 78504
**Attorneys for Bristol-Myers Squibb**

96426　　　　　　　　　　　　3

Margaret Brenner
HAYS, McCONN, RICE &
PICKERING, P.C.
1200 Smith Street
400 Two Allen Center
Houston, Texas 77002

James Williams
MILLER & MARTIN
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402-2289
**Attorneys for Chattem**

Eduardo Roberto Rodriguez
Mitchell C. Chaney
Rodriguez, Colvin & Chaney, L.L.P.
1201 E. Van Buren
P. O. Box 2155
Brownsville, Texas 78522-2155

Michael D. Robbins
Andrew R. Harvin
DOYLE RESTREPO HARVIN
& ROBBINS LLP
600 Travis, Suite 4700
Houston, Texas 77002

Earl Austin
BAKER & BOTTS
2001 Ross Avenue
Dallas, Texas  75201-2980
**Attorneys for Novartis**

Lori B. Leskin
Danielle Finck
Andrew Solow
KAYE SCHOLER
425 Park Avenue
New York, New York 10022
**Attorneys for Novartis**

Kenneth C. Baker
The Baker Law Firm
12600 Featherwood, Suite 225
Houston, Texas 77034
**Attorneys for Circle K
(individually and as successor-in
-interest to Coastal Mart, Inc. and
Maverick Market, Inc.)**