IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-066 |
| AMERICAN HOME PRODUCTS CORP., ET AL. | § § § | JURY DEMANDED |

### DEFENDANT'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant, CHATTEM, INC. ("Chattem"), and files this their Disclosure of Financially Interested Parties and would show this Honorable Court the following:

**I.**

1. Francisco Sanchez, Plaintiff;

2. David C. Greenstone and/or WATERS & KRAUS, LLP, counsel for Plaintiff;

3. Chattem, Inc., Defendant;

4. Margaret T. Brenner, Jeffery A. Addicks and/or
   Hays, McConn, Rice & Pickering, Counsel for Defendant;

5. All other parties and counsel who have made an appearance in this matter.

Respectfully submitted,

HAYS, McCONN, RICE & PICKERING

Jeffery A. Addicks
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002
Office:          713-654-1111

                        Facsimile:        713-650-0027
                        State Bar No.    00902100

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested upon all known counsel of record on this ____25____ day of April, 2002.

                                                  _____
                                                  Jeffery A. Addicks