*/ 9*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas

**MAY 0 3 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION; | § | |
| ADVOCARE INTERNATIONAL, LLC | § | |
| BAYER CORPORATION; | § | |
| BLOCK DRUG COMPANY, INC.; | § | |
| BRISTOL MYERS SQUIBB COMPANY; | § | |
| CHATTEM, INC. | § | |
| GLAXOSMITHKLINE, PLC; | § | CIVIL ACTION NO. B-02-066 |
| NOVARTIS CONSUMER HEALTH, INC; | § | |
| NOVARTIS PHARMACEUTICALS | § | |
| CORPORATION; | § | |
| SMITHKLINE BEECHAM CONSUMER | § | |
| HEALTHCARE, L.P.; | § | |
| SMITHKLINE BEECHAM CORPORATION; | § | |
| WHITEHALL-ROBINS HEALTHCARE; and | § | |
| CIRCLE K STORES, INC. d/b/a CIRCLE K | § | |
| (sued individually and as successor-in-interest to | § | |
| COASTAL MART, INC. and | § | |
| MAVERICK MARKET, INC.) | § | |

**NOVARTIS CONSUMER HEALTH, INC. AND NOVARTIS PHARMACEUTICALS**
**CORPORATION'S MOTION FOR WITHDRAWAL**

1.      Defendants Novartis Consumer Health, Inc. and Novartis Pharmaceuticals

Corporation and the law firm of Thompson, Coe, Cousins & Irons, L.L.P., move for an order

allowing Thompson, Coe, Cousins & Irons, L.L.P. to withdraw as counsel for these defendants.

Specifically, attorneys, Jeff D. Otto and Tasha L. Barnes seek to withdraw as counsel for these

defendants.

2.     Mitchell C. Chaney will remain the attorney in charge.   Novartis Consumer

Health, Inc. and Novartis Pharmaceuticals Corporation approve the withdrawal.   The withdrawal

of attorneys will not delay these proceedings.

Respectfully submitted,

Thompson Coe Cousins & Irons, L.L.P.
701 Brazos, Suite1500
Austin, Texas 78701
(512) 708-8200 Telephone
(512) 708-8777 Facsimile

By: _____
    Jeff D. Otto
    State Bar No. 15345500
    Tasha L. Barnes
    State Bar No. 00796163

2

Ana Lisa Garza   *Fax 986-487-8300*
Ramirez & Garza, L.L.P.
509 N. San Antonio Street
Rio Grande City, TX 78582

James Williams

Miller & Martin
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402-2289

Keith R. Taunton   *Fax 713-993-2308, 2309*
Tucker, Taunton, Snyder & Slade
Eight Greenway Plaza, Suite 1200
Houston, TX 77046

Kenneth C. Baker   *Fax 281-481-1063*
The Baker Law Firm
12600 Featherwood, Suite 225
Houston, TX 77034

D. Joseph Hurson   *Fax 206-223-7107*
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA 10022-3298

*By Certified Mail,*
*Return Receipt Requested*

Nelda Talamantes   *Fax 214-357-7252*
Ron C. Eddins
David C. Greenstone
C. Andrew Waters
Peter A. Kraus
Waters & Kraus, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Frank Costilla
Law Offices of Frank Costilla
5 E. Elizabeth Street
Brownsville, TX 78523

Jeff D. Otto
Tasha L. Barnes

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered to the following counsel of record by facsimile, certified mail, return receipt requested, or by regular mail on this ___ day of May, 2002.

### *By Regular Mail*

Brynley James    *Fax 210-270-7205*
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Brian P. Johnson    *Fax 713-222-2226*
Frank Doyle
Hanen, Johnson
& Spalding, LLP
910 Travis, Ste. 1700
Houston, TX 77002

J. Mark Jones *Fax 803-255-9037*
David E. Dukes
James F. Rogers
Kennan Building, Third Floor
1330 Lady Street
Columbia, SC 29201

Margaret Brenner *Fax 713-650-0027*
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Center
Houston, TX 77002

Alan Vickery    *Fax 469-227-8004*
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Danielle Finck    *Fax 212-836-8689*
Lori Leskin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3298

Tony Canales    *Fax 361-884-7023*
Canales & Simonson
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465-5624

Crisanta Guerra Lozano    *Fax 956-542-0016*
Roerig, Oliviera & Fisher
555 W. Price Rd., Suite 9
Brownsville, TX 78520

Ken Ferguson    *Fax 512-474-1129*
Michael Klatt
Kelly Kimbrough
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767

Brent Kugler    *Fax 214-468-8803*
Daniel Sheehan & Associates, LLP
Chase Tower, 2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

3

Doc ID FLYNA-25195
4952-0026