IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO SANCHEZ § | |
| § | |
| *Plaintiff* § | |
| § | |
| V. § | |
| § | |
| AMERICAN HOME PRODUCTS § | |
| CORPORATION; § | |
| ADVOCARE INTERNATIONAL, LLC; § | |
| BAYER CORPORATION; § | |
| BLOCK DRUG COMPANY, INC.; § | |
| BRISTOL MYERS SQUIBB COMPANY; § | CIVIL ACTION NO. B-02-066 |
| CHATTEM, INC.; § | |
| GLAXOSMITHKLINE, PLC; § | |
| NOVARTIS CONSUMER HEALTH, INC.; § | |
| NOVARTIS PHARMACEUTICALS CORPORATION; § | |
| SMITHKLINE BEECHAM CONSUMER § | |
| HEALTHCARE, L.P.; § | |
| SMITHKLINE BEECHAM CORPORATION; § | |
| WHITEHALL-ROBINS HEALTHCARE; and § | |
| CIRCLE K STORES, INC. d/b/a CIRCLE K § | |
| (sued individually and as successor-in-interest to § | |
| COASTAL MART, INC. and MAVERICK § | |
| MARKET, INC.), § | |
| § | |
| *Defendants* § | |

## MOTION FOR ADMISSION PRO HAC VICE

This lawyer, who is admitted to the State Bar of Texas and the U.S. District Court for the Northern District of Texas:

David C. Greenstone
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75205
(214) 357-6244
(214) 357-7252 telecopier
State Bar No. 24007271

Seeks to appear as the attorney for this party: FRANCISCO SANCHEZ.

                         WATERS & KRAUS, LLP

*David Greenstone* WITH PERMISSION K.P.

David C. Greenstone
State Bar No. 24007271
3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Telecopier

### CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the above motion for pro hac vice was served on all counsel of record via regular mail on May 3, 2002.

*David Greenstone* WITH PERMISSION K.P.

David C. Greenstone