IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO SANCHEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. B-02-066 |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION; ADVOCARE | § | |
| INTERNATIONAL, LLC; BAYER | § | |
| CORPORATION; BLOCK DRUG | § | |
| COMPANY, INC.; BRISTOL MYERS | § | |
| SQUIBB COMPANY; CHATTEM, INC.; | § | |
| GLAXOSMITHKLINE, PLC; | § | |
| NOVARTIS CONSUMER HEALTH, INC.; | § | |
| NOVARTIS PHARMACEUTICALS | § | |
| CORPORATION; SMITHKLINE | § | |
| BEECHAM CONSUMER | § | |
| HEALTHCARE, L.P.; SMITHKLINE | § | |
| BEECHAM CORPORATION; | § | |
| WHITEHALL ROBINS HEALTHCARE; | § | |
| and CIRCLE K STORES, INC. d/b/a | § | |
| CIRCLE K (sued individually and as | § | |
| successor-in-interest to COASTAL MART, | § | |
| INC. and MAVERICK MARKET, INC., | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANT'S CERTIFICATE
## OF FINANCIALLY INTERESTED PERSONS

Defendant AdvoCare International, L.L.C. files this Disclosure of Financially

Interested Persons as follows:

1.      Francisco Sanchez;

2.      David C. Greenstone and/or Waters & Kraus, L.L.P., counsel for Plaintiff;

3.      AdvoCare International, L.L.C., Defendant;

4.  Daniel J. Sheehan, Jr. and/or Daniel Sheehan & Associates, L.L.P., counsel for AdvoCare International, L.L.C.;

5.  All other parties and counsel who have made an appearance in this matter.

Respectfully submitted,

DANIEL SHEEHAN & ASSOCIATES, L.L.P.
2200 Ross Avenue, Suite 3060
Dallas, Texas 75201
Telephone: (214) 468-8899
Telecopier: (214) 468-8803

By:  _Daniel Sheehan_____
     Daniel J. Sheehan, Jr.
     State Bar No. 18174500

ATTORNEYS FOR DEFENDANT
ADVOCARE INTERNATIONAL, L.L.C.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was forwarded via certified mail, return receipt requested, to David Greenstone, Nelda Talamantes, Peter A. Kraus, Waters & Kraus, L.L.P., 3219 McKinney Avenue, Suite 3000, Dallas, Texas 75204 and to all counsel of record, via facsimile, on this ___ day of May, 2002.

_Daniel Sheehan_____
Daniel J. Sheehan, Jr.