IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § | |
| | § | United States District Court |
| *Plaintiff* | § | Southern District of Texas |
| | § | FILED |
| V. | § | |
| | § | MAY 0 8 2002 |
| | § | |
| | § | Michael N. Milby |
| AMERICAN HOME PRODUCTS | § | Clerk of Court |
| CORPORATION; | § | |
| ADVOCARE INTERNATIONAL, LLC; | § | |
| BAYER CORPORATION; | § | |
| BLOCK DRUG COMPANY, INC.; | § | |
| BRISTOL MYERS SQUIBB COMPANY; | § | CIVIL ACTION NO. B-02-066 |
| CHATTEM, INC.; | § | |
| GLAXOSMITHKLINE, PLC; | § | |
| NOVARTIS CONSUMER HEALTH, INC.; | § | |
| NOVARTIS PHARMACEUTICALS CORPORATION; § | |
| SMITHKLINE BEECHAM CONSUMER | § | |
| HEALTHCARE, L.P.; | § | |
| SMITHKLINE BEECHAM CORPORATION; | § | |
| WHITEHALL-ROBINS HEALTHCARE; and | § | |
| CIRCLE K STORES, INC. d/b/a CIRCLE K | § | |
| (sued individually and as successor-in-interest to | § | |
| COASTAL MART, INC. and MAVERICK | § | |
| MARKET, INC.), | § | |
| | § | |
| *Defendants* | § | |

## DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs in the above referenced cause hereby designate Charles S. Siegel as attorney in charge.

Respectfully submitted,
WATERS & KRAUS, LLP

_____
CHARLES S. SIEGEL
Attorney-in-Charge
State Bar No. 18341875
Federal Bar No. 15736

KIRK L. PITTARD
Of Counsel
State Bar No. 24010313
Federal Bar No. 27165
3219 McKinney Ave., Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 Fax

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded via facsimile to all counsel of record on this the 7th day of May, 2002.

_____
CHARLES S. SIEGEL