23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO SANCHEZ, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-066 |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION, ET. AL. | § | |

## DEFENDANT BAYER CORPORATION'S
## NOTICE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order to disclose financially interested parties, Defendant Bayer

Corporation files this Notice. The following is a list of all entities that are financially interested

in the outcome of this litigation:

1.      Bayer Corporation.

                                        Respectfully submitted,

                                        FULBRIGHT & JAWORSKI L.L.P.

                                        By_____
                                              Brynley James, III
                                              State Bar No. 10554200
                                              Federal No. 3574
                                              Joseph A. Bourbois
                                              State Bar No. 00790342
                                              Federal No. 23420
                                        300 Convent Street, Suite 2200
                                        San Antonio, Texas 78205
                                        Telephone: 210-270-7195
                                        Telecopier: 210-270-7205

30240126.2

1

2

Terry O. Tottenham
State Bar No. 20147500
Federal Bar No. 6261
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: 512-474-5201
Telecopier: 512-536-4598

ATTORNEYS FOR BAYER CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested on the following counsel of record on this the 14th day of May, 2002.


Charles S. Siegal
WATERS & KRAUS, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Kenneth C. Baker
THE BAKER LAW FIRM
12600 Featherwood, Suite 225
Houston, TX 77034

J. Mark Jones
James F. Rogers
David E. Dukes
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Kennan Building, Third Floor
1330 Lady Street
Columbia, South Carolina 29201

Kenneth J. Ferguson
Michael R. Klatt
CLARK, THOMAS & WINTERS
A Professional Corporation
P.O. Box 1148
Austin, Texas 78767

Cristina Guerra Lozano
ROERIG, OLIVEIRA, & FISHER
555 W. Price Road, Suite 9
Brownsville, TX 78520

J.A. (Tony) Canales
CANALES & SIMONSON
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465-5624

30240126.2

3

Daniel J. Sheehan, Jr.
C. Brenton Kugler
John M. Phalen
DANIEL, SHEEHAN & ASSOCIATES, L.L.P.
2200 Ross Avenue, Suite 3060
Dallas, TX 75201

Brian P. Johnson
Frank A. Doyle
HANEN, ALEXANDER, JOHNSON & SPALDING LLP
910 Travis Street, Suite 170
Bank One Center
Houston, Texas 77002

Alan Vickery
Diana Warnecke
SEDGWICK, DETERT, MORAN & ARNOLD
1717 Main Street, Ste 5400
Dallas, Texas 75201

Jose E. Garcia
GARCIA & VILLAREAL, L.L.P.
4401 North McColl Road
McAllen, Texas 78504

James T. Williams
Crews Townsend
Denise A. Miller
MILLER MARTIN LLP
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402-2289

Margaret T. Brenner
HAYS, MCCONN, RICE & PICKERING
400 Two Allen Center
1200 Smith Street
Houston, Texas 77002

Brian P. Johnson
Frank A. Doyle
HANEN, ALEXANDER, JOHNSON & SPALDING LLP
910 Travis Street, Suite 170
Bank One Center
Houston, Texas 77002

30240126.2

Randolf F. Sherman
Lori Leskin
Danielle Finck
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

Michael D. Robbins
Andrew R. Harvin
Stephen Lee
DOYLE RESTREPO HARVIN & ROBBINS LLP
600 Travis, Suite 4700
Houston, TX 77002

Earl Austin
David P. Lutz
BAKER & BOTTS
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980

Richard Josephson
Amy Snell
BAKER & BOTTS
One Shell Plaza
910 Louisiana Street
Houston TX, 77003-4995

Eduardo R. Rodriguez
Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78522-2155

_____
Joseph A. Bourbois

30240126.2