IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO SANCHEZ § | |
| § | |
| Plaintiffs § | |
| § | |
| vs. § | CIVIL ACTION NO. B-02-066 |
| § | |
| AMERICAN HOME PRODUCTS § | |
| CORPORATION § | |
| ADVOCARE INTERNATIONAL, LLC. § | |
| BAYER CORPORATION; § | |
| BLOCK DRUG COMPANY, INC. § | |
| BRISTOL MYERS SQUIBB COMPANY § | |
| CHATTEM, INC. § | |
| GLAXOSMITHKLINE, PLC § | |
| NOVARTIS CONSUMER HEALTH, INC. § | |
| NOVARTIS PHARMACETICALS, § | |
| CORPORATION; § | |
| SMITHKLINE BEECHAM CONSUMER § | |
| HEALTHCARE, LP. § | |
| SMITHKLINE BEECHAM CORPORATION § | |
| WITHEHALL-ROBINS HEALTHCARE, and § | |
| CIRCLE K-STORES, INC. d/b/a/ CIRCLE K § | |
| (sued individually and as successor in interest § | |
| to COASTAL MART, INC. and MAVERICK § | |
| MARKET, INC. § | |
| § | |
| Defendants. § | |

ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Earl B. Austin of Baker Botts LLP, as counsel for defendants Novartis Consumer Health, Inc and Novartis Pharmaceuticals Corporation.

Dated: May 20th, 2002..

DAL01:673864.2

Respectfully Submitted,

_____
EARL B. AUSTIN
Attorney In Charge
State Bar No. 01437300
Southern District No. 02899
BAKER BOTTS L.L.P.
Trammel Crow Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 953-6500 (Telephone)
(214) 953-6503 (Facsimile)

Of Counsel:

Richard Josephson
BAKER BOTTS L.L.P.
910 Louisiana
3000 One Shell Plaza
Houston, Texas 77002
(713) 229-1460
(713) 229-1522 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2002, a true and correct copy of the above Entry of Appearance was served via certified mail on:

Nelda Talamantes
Ron C. Eddins
David C. Greenstone
C. Andrew Waters
Peter A. Kraus
Waters & Kraus LLP
3219 McKinney Aveune, Suite 3000
Dallas, Texas 75204

Frank Costilla
Law Offices of Frank Costilla
5 E. Elizabeth Street
Brownsville, Texas 78523

and served via facsimile on:

DAL01:673864.2

Brynley James
Fulbright & Jaworski LLP
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

J. Mark Jones
David E. Dukes
James F. Rogers
Kennan Building, Third Floor
1330 Lady Street
Columbus, SC 38201

Alan Vickery
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, Texas 75201

Tony Canales
Canales & Simonson
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, Texas 78465-5624

Ken Ferguson
Michael Klatt
Kelly Kimbrough
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas 78767

Ana Lisa Garza
Ramirez & Garza LLP
509 N. San Antonio Street
Rio Grande City, Texas 78582

Keith R. Taunton
Tucker, Taunton, Snyder & Slade
Eight Greenway Plaza, Suite 1200
Houston, Texas 77046

Brian P. Johnson
Shashi H. Patel
Hanen Alexander, Johnson
& Spalding, LLP
910 Travis, Ste. 1700
Houston, Texas 77002

Margaret Brenner
Hays, McConn, Rice & Pickering
400 Two allen Center
1200 Smith Center
Houston, Texas 77002

Danielle Finck
Lori Leskin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3298

Crisanta Gurerra Lozano
Roerig, Oliviera & Fisher
555 W. Price Road, Suite 9
Brownsville, Texas 78520

Brent Kugler
Daniel Sheehnan
Daniel Sheehnan & Associates, LLP
Chase Tower, 2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

James Williams
Miller & Martin
Suite 1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289

Kenneth C. Baker
The Baker Law Firm
12600 Featherwood, Suite 225
Houston, Texas 77034

DAL01:673864.2

D. Joseph Hurson
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA  10022-3298

_____
Earl B. Austin

DAL01:673864.2