United States District Court
Southern District of Texas
FILED

JUN 21 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-066 |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION, ET. AL.; | § | |

### NOVARTIS CONSUMER HEALTH, INC. AND NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION FOR WITHDRAWAL

1. Defendants Novartis Consumer Health, Inc. and Novartis Pharmaceuticals Corporation and the law firm of Doyle, Restrepo, Harvin & Robbins, L.L.P., move for an order allowing Doyle, Restrepo, Harvin & Robbins, L.L.P. to withdraw as counsel for these defendants. Specifically, attorneys, Michael D. Robbins and Stephen H. Lee seek withdrawal as counsel for these defendants.

2. Mitchell C. Chaney will remain the attorney in charge. Earl Austin and Richard Josephson of Baker Botts, L.L.P. will remain of counsel. Novartis Consumer Health, Inc. and Novartis Pharmaceuticals Corporation approve the withdrawal. The withdrawal of attorneys will not delay these proceedings.

Respectfully submitted,

**DOYLE RESTREPO HARVIN & ROBBINS LLP**
600 Travis, Suite 4700
Houston, TX 77002
713- 228-5100 Telephone
713-228-6138 Facsimile

By: _____
Michael D. Robbins
Federal ID No. 1362
State Bar No. 16984700
Stephen H. Lee
Federal ID. No. 18313
State Bar No. 00791092

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered to the following counsel of record by facsimile, certified mail, return receipt requested, or by regular mail on this __19__ day of June, 2002.

*By Regular Mail*

Brynley James
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Brian P. Johnson
Frank Doyle
Hanen, Johnson
& Spalding, LLP
910 Travis, Ste. 1700
Houston, TX 77002

J. Mark Jones
David E. Dukes
James F. Rogers
Kennan Building, Third Floor
1330 Lady Street
Columbia, SC 29201

Margaret Brenner
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Center
Houston, TX 77002

Alan Vickery
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Danielle Finck
Lori Leskin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3298

Tony Canales
Canales & Simonson
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465-5624

Crisanta Guerra Lozano
Roerig, Oliviera & Fisher
555 W. Price Rd., Suite 9
Brownsville, TX 78520

Ken Ferguson
Michael Klatt
Kelly Kimbrough
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767

Brent Kugler
Daniel Sheehan & Associates, L.L.P.
Chase Tower, 2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

Ana Lisa Garza
Ramirez & Garza, L.L.P.
509 N. San Antonio Street
Rio Grande City, TX 78582

James Williams
Miller & Martin
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402-2289

Keith R. Taunton
Tucker, Taunton, Snyder & Slade
Eight Greenway Plaza, Suite 1200
Houston, TX 77046

Kenneth C. Baker
The Baker Law Firm
12600 Featherwood, Suite 225
Houston, TX 77034

D. Joseph Hurson
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA 10022-3298

Terry O. Tottenham
Lana K. Varney
Fulbright & Jaworski, L.L.P.
600 Congress Avenue., Suite 2400
Austin, Texas 78701

Robert M. Schick
Vinson & Elkins, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

***By Certified Mail,
Return Receipt Requested***

Nelda Talamantes
Ron C. Eddins
David C. Greenstone
C. Andrew Waters
Peter A. Kraus
Waters & Kraus, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Frank Costilla
Law Offices of Frank Costilla
5 E. Elizabeth Street
Brownsville, TX 78523

Michael D. Robbins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered to the following counsel of record by facsimile, certified mail, return receipt requested, or by regular mail on this __7__ day of July, 2002.

*Via Facsimile:*

Brynley James
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Brian P. Johnson
Frank Doyle
Hanen, Johnson
& Spalding, LLP
910 Travis, Ste. 1700
Houston, TX 77002

J. Mark Jones
David E. Dukes
James F. Rogers
Kennan Building, Third Floor
1330 Lady Street
Columbia, SC 29201

Margaret Brenner
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Center
Houston, TX 77002

Alan Vickery
Sedgwick, Detert, Moran & Arnold
1717 Main Street, Suite 5400
Dallas, TX 75201

Danielle Finck
Lori Leskin
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3298

Tony Canales
Canales & Simonson
2601 Morgan Avenue
P.O. Box 5624
Corpus Christi, TX 78465-5624

Crisanta Guerra Lozano
Roerig, Oliviera & Fisher
555 W. Price Rd., Suite 9
Brownsville, TX 78520

Ken Ferguson
Michael Klatt
Kelly Kimbrough
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767

Brent Kugler
Daniel Sheehan & Associates, L.L.P.
Chase Tower, 2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

Ana Lisa Garza
Ramirez & Garza, L.L.P.
509 N. San Antonio Street
Rio Grande City, TX 78582

James Williams
Miller & Martin
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402-2289

Keith R. Taunton
Tucker, Taunton, Snyder & Slade
Eight Greenway Plaza, Suite 1200
Houston, TX 77046

D. Joseph Hurson
Lane Powell Spears Lubersky, LLP
1420 Fifth Avenue
Suite 4100
Seattle, WA 10022-3298

Robert M. Schick
Vinson & Elkins, L.L.P.
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

Nelda Talamantes
Ron C. Eddins
David C. Greenstone
C. Andrew Waters
Peter A. Kraus
Waters & Kraus, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Kenneth C. Baker
The Baker Law Firm
12600 Featherwood, Suite 225
Houston, TX 77034

Terry O. Tottenham
Lana K. Varney
Fulbright & Jaworski, L.L.P.
600 Congress Avenue., Suite 2400
Austin, Texas 78701

Frank Costilla
Law Offices of Frank Costilla
5 E. Elizabeth Street
Brownsville, TX 78523

_____
Michael D. Robbins