United States District Court
Southern District of Texas
FILED

JUL 0 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANCISCO SANCHEZ, | § | |
| Plaintiff, | § | |
| v. | § | |
| AMERICAN HOME PRODUCTS CORPORATION; ADVOCARE INTERNATIONAL, LLC; BAYER CORPORATION; BLOCK DRUG COMPANY, INCL; BRISTOL-MYERS SQUIBB COMPANY; CHATTEM, INC.; GLAXOSMITHKLINE, PLC; NOVARTIS PHARMACEUTICALS CORPORATION; NOVARTIS CONSUMER HEALTH, INC.; SMITHKLINE BEECHAM CONSUMER HEALTHCARE, L.P.; SMITHKLINE BEECHAM CORPORATION; WHITEHALL-ROBINS HEALTHCARE; and CIRCLE K STORES, INC. d/b/a CIRCLE K (sued individually and as successor-in-interest to COASTAL MART, INC. and MAVERICK MARKET, INC.) | § | CIVIL ACTION NO. B-02-066<br>JURY |
| Defendants. | § | |

NOTICE OF DESIGNATION OF COUNSEL
FOR DEFENDANT NOVARTIS CONSUMER HEALTH, INC.
AND NOVARTIS PHARMACEUTICALS CORPORATION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Novartis Consumer Health Inc. and Novartis Pharmaceuticals Corporation ("Defendants") hereby designate Richard L. Josephson, Earl Austin, Amy Snell, and David Lutz of the law firm of Baker Botts, L.L.P. as its "of counsel" in this case. Randolph Sherman, Lori Leskin, and Danielle Finck of Kaye Scholer L.L.P. will also continue to be "of

HOU02:873620.1

counsel" to Defendant in the above-captioned matter. Mitchell C. Chaney will remain attorney in charge.

Mr. Josephson and Ms. Snell's contact information is as follows:

Richard L. Josephson
State Bar No. 11031500
Amy Snell
State Bar No. 24002968
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telephone: 713.229.1460
Facsimile: 713.229.1522

Mr. Austin and Mr. Lutz's contact information is as follows:

Earl B. Austin
State Bar No. 01437300
David Lutz
State Bar No. 24026999
Baker Botts L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: 214.953.6542
Facsimile: 214.661.6542

Randolph Sherman, Lori Leskin, and Danielle Finck's information is as follows:

Randolph S. Sherman
Lori B. Leskin
Danielle E. Finck
Kaye Scholer L.L.P.
425 Park Avenue
New York, New York 10022

This notice is being filed to inform the Court and all parties that Michael D. Robbins and Stephen H. Lee of Doyle, Restrepo, Harvin & Robbins are no longer counsel in this case. Please serve all future correspondence and documents in this case to

Mitchell C. Chaney of Rodriguez, Colvin & Chaney, L.L.P., Richard L. Josephson and Earl Austin of Baker Botts LLP, and to Danielle Finck at Kaye Scholer.

Respectfully submitted,

By  _____
Mitchell C. Chaney
State Bar No. 04107500
Federal I.D. 1918
**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**
1201 E. Van Buren
Brownsville, TX 78520
(956) 542-7441 Telephone
(956) 541-2170 Facsimile

**ATTORNEYS FOR DEFENDANTS NOVARTIS CONSUMER HEALTH, INC. AND NOVARTIS PHARMACEUTICAL CORPORATION**

**OF COUNSEL:**

Richard L. Josephson
State Bar No. 11031500
Amy Snell
State Bar No. 24002968
**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
(713) 229-1460 Telephone
(713) 229-7760 Facsimile

Earl B. Austin
State Bar No. 01437300
David Lutz
State Bar No. 24026999
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6542 Telephone
(214) 661-6542 Facsimile

Randolph S. Sherman
Lori B. Leskin
Danielle E. Finck
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent to all counsel on this the 3rd day of July, 2002.

_____
Mitchell C. Chaney