IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-066 |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION, ET. AL.; | § | |

## ORDER ON MOTION FOR WITHDRAWAL

After considering Novartis Consumer Health, Inc., Novartis Pharmaceutical Corporation, and Doyle, Restrepo, Harvin & Robbins, L.L.P.'s motion to withdraw as counsel for Defendants, Novartis Consumer Health, Inc. and Novartis Pharmaceutical Corporation, the court

GRANTS the motion to withdraw.

SIGNED on _June 10_, 2002.

_____
U.S. DISTRICT JUDGE