IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO SANCHEZ | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-066 |
| | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | |
| CORPORATION, ET AL | § | |

### DEFENDANT/CROSS PLAINTIFF CIRCLE K STORES INC.'S
### NOTICE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order to disclose financially interested parties, Defendant Circle K Stores Inc. d/b/a Circle K files this Notice. The following is a list of all entities that are financially interested in the outcome of this litigation:

1. Circle K Stores Inc. d/b/a Circle K

Respectfully submitted,

THE BAKER LAW FIRM

By: _____
KENNETH C. BAKER
State Bar No. 01584480
Federal Bar No. 11275
MARK D. VANCLEAVE
State Bar No. 24008197
Federal Bar No. 26493
12600 Featherwood, Suite 225
Houston, Texas 77034
Telephone:  (281) 481-0083
Facsimile:   (281) 481-1063

ATTORNEY FOR DEFENDANT/CROSS-
PLAINTIFF, CIRCLE K STORES INC.

## CERTIFICATE OF SERVICE

      A copy of the foregoing instrument has been served in compliance with Rule 5 of the Federal Rules of Civil Procedure by certified mail, return receipt requested, or by regular mail, on the following counsel of record on this the 26th day of July, 2002.

**By Certified Mail Return Receipt Requested**

Nelda Talamantes
Ron C. Eddins
David C. Greenstone
Waters & Kraus, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
ATTORNEYS FOR PLAINTIFF

Frank Costilla
Law Offices of Frank Costilla
5 E. Elizabeth Street
Brownsville, Texas 78523

**By Regular Mail**

Brynley James
FULBRIGHT & JAWORSKI, L.L.P.
300 Convent Street, Suite 2200.
San Antonio, TX 78205-3792

J. Mark Jones
David E. Dukes
James F. Rogers
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Kennan Building, Third Floor
1330 Lady Street
Columbia, SC 29201

Alan Vickery
SEDGWICK, DETERT, MORAN & ARNOLD
1717 Main Street, Suite 5400
Dallas, TX 75201

Brian P. Johnson
Frank Doyle
HANEN, JOHNSON & SPALDING, LLP
910 Travis, Ste. 1700
Houston, TX 77002

Margaret Brenner
HAYS, MCCONN, RICE & PICKERING
400 Two Allen Center
1200 Smith Center
Houston, TX 77002

Tony Canales
CANALES & SIMONSON
2601 Morgan A venue
P.O. Box 5624
Corpus Christi, TX 78465-5624

Crisanta Guerra Lozano
ROERIG, OLIVIERA & FISHER
555 W. Price Rd., Suite 9
Brownsville, TX 78520

Ken Ferguson
Michael Klatt
Kelly Kimbrough
CLARK, THOMAS & WINTERS
P.O. Box 1148
Austin, TX 78767 .

Brent Kugler
DANIEL SHEEHAN & ASSOCIATES, LLP
Chase Tower
2200 Ross Avenue, Suite 3060
Dallas, Texas 75201

Ana Lisa Garza
RAMIREZ & GARZA, L.L.P.
509 N. San Antonio Street
Rio Grande City, TX 78582

James Williams
MILLER & MARTIN
Suite 1000 Volunteer Bldg.
832 Georgia A venue
Chattanooga, TN 37402-2289


Keith R. Taunton
TUCKER, TAUNTON, SNYDER & SLADE
Eight Greenway Plaza, Suite 1200
Houston, TX 77046

D. Joseph Hurson
LANE POWELL SPEARS LUBERSKY, LLP
1420 Fifth Avenue, Suite 4100
Seattle, W A 10022-3298

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI, LLP
600 Congress A venue, Suite 2400
Austin, Texas 78701

Robert M. Schick
VINSON & ELKINS, LLP
2300 First City Tower
1001 Fannin Street
Houston, Texas 77002-6760

Richard L. Josephson
Amy Snell
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995

Earl B. Austin
David Lutz
BAKER BOTTS LLP
2001 Ross Avenue, Suite 600
Dallas, TX 75201

Danielle Finck
Lori Leskin
KAYE SCHOLER LLP
425 Park A venue
New York, NY 10022-3298

MARK D. VANCLEAVE