IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| FRANCISCO SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERICAN HOME PRODUCTS | § | CIVIL ACTION NO. B-02-066 |
| CORPORATION; ADVOCARE | § | JURY |
| INTERNATIONAL, LLC; BAYER | § | |
| CORPORATION; BLOCK DRUG | § | |
| COMPANY, INC.; BRISTOL-MYERS | § | |
| SQUIBB COMPANY; CHATTEM, INC.; | § | |
| GLAXOSMITHKLINE, PLC; | § | |
| NOVARTIS PHARMACEUTICALS | § | |
| CORPORATION; NOVARTIS | § | |
| CONSUMER HEALTH, INC.; | § | |
| SMITHKLINE BEECHAM CONSUMER | § | |
| HEALTHCARE, L.P.; SMITHKLINE | § | |
| BEECHAM CORPORATION; | § | |
| WHITEHALL-ROBINS HEALTHCARE; | § | |
| and CIRCLE K STORES, INC. d/b/a | § | |
| CIRCLE K (sued individually and as | § | |
| successor-in-interest to COASTAL | § | |
| MART, INC. and MAVERICK | § | |
| MARKET, INC.), | § | |
| | § | |
| Defendants. | | |

### DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S
### CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's Order Setting Conference, Defendant Bristol-Myers Squibb Company files this Certificate of Interested Parties, as follows:

I.

The following is a list of all entities related to Defendant Bristol-Myers Squibb Company with a financial interest in the outcome of this case:

1. <u>Bristol-Myers Squibb Company</u>

Respectfully submitted,

By: _____
ALAN R. VICKERY
State Bar No. 20571650
S. D. Texas Bar No. 11980

SEDGWICK, DETERT, MORAN & ARNOLD
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 227-8200
(469) 227-8004 Telecopy

ATTORNEY-IN-CHARGE FOR DEFENDANT
BRISTOL-MYERS SQUIBB COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record via certified mail, return receipt requested in accordance with the Federal Rules of Civil Procedure on this 25 day of July, 2002.

_____
ALAN R. VICKERY